UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-007-RFB-VCF |
| | ) | |
| Plaintiff, | ) | **<u>MODIFICATION ORDER</u>** |
| | ) | |
| vs. | ) | |
| | ) | |
| JONATHAN ULIBARRI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 9, 2018, this court held a hearing for modification of supervised release as to defendant Jonathan Ulibarri ("Mr. Ulibarri"). Based on the record and the hearing, the Court finds it appropriate to modify Mr. Ulibarri's supervision to include all of the previously ordered conditions to remain in effect with the following additions and modifications:

    1.      No Alcohol – You must not use or possess alcohol.

    2.      Alcohol Monitoring – You shall complete Alcohol Monitoring via Soberlink SL2 for a period of three months, as approved and directed by the probation officer. You shall pay 100% of the cost of the alcohol monitoring services.

    **IT IS SO ORDERED** this <u>12th</u> day of March, 2018.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE