# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ULIBARRI,<br><br>Defendant. | Case No. 2:18-cr-007-RFB-VCF<br><br>ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |

Presently before the court is the matter of U.S.A. v. Jonathan Ulibarri. On April 19, 2018, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court concurs with the parties' resolution of the violation of conditions of supervision; Mr. Ulibarri's supervision to be modified to include his residence in the residential re-entry center upon availability of bed space.

Consistent with its Orders at the hearing, the Court **Ordered** and **now Orders** that Mr. Ulibarri be continued on release with same conditions as previously imposed with the following additions and modifications:

1. <u>Reside at Residential Reentry Center</u> You must reside at the and participate in the program at residential reentry center for a term of for at least 3 months for phase 1 of the C.A.R.E. program, up to 7 months. You must follow the rules and regulations of the center. You may move to a residence as approved by probation after the initial 3 months, through completion of phase 1.

2. <u>C.A.R.E. Program</u> You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

3. <u>Soberlink</u> - This condition is removed.

4. <u>Subsistence payments</u> subsistence payments while you are residing at the Residential Reentry Center are waived.

The Court GRANTS the request of counsel/probation and holds violation condition no. 1 of [14] Petition in abeyance.

IT IS SO ORDERED this <u>20th</u> day of April, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE